GENT *against* THE MAYOR &c. OF NEW YORK.

*Municipal corporation; liability for negligence of contractors or their employés.*

THE house and garden of the plaintiff, near the Eighth avenue, in the city of New York, were injured by rocks and stones thrown upon them by blasts made in grading the avenue. The men who made the blast were men employed by Lynch & Hagan, who were contractors with the corporation to grade the avenue by the job.

*Held,* that the corporation was not liable for the negligence of the workmen, as they were not its servants, or under its control.

(See *Pack* agt. *The Mayor &c. of New York, ante,* 94.)